# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

BRENHAM NATIONAL BANK

    Plaintiff,

vs.                                              **Case No.:** 4:24-cv-00391

CITIBANK, N.A.,

    Defendant.

_____/

## DEFENDANT CITIBANK, N.A.'S NOTICE OF FILING - CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL

The undersigned hereby certifies that on February 1, 2024, Citibank, N.A. served a true and correct copy of its Notice of Removal [Doc. No. 1], filed on February 1, 2024, in the above-referenced matter, on counsel for Plaintiff Brenham National Bank.

Dated:  February 1, 2024                                   Respectfully submitted

                                                                 By: */s/   Daniel Avila II*
                                                                  Daniel Avila II (attorney-in-charge)
                                                                   Texas Bar No. 24109601
                                                                   S.D. Tex. No. 3365513
                                                                   Email: davila@reedsmith.com
                                                                   **REED SMITH LLP**
                                                                   1221 McKinney St., Suite 2100
                                                                   Houston, Texas 77010
                                                                   Telephone: (713) 469-3800

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF filing system.

By: */s/ Daniel Avila II*
Daniel Avila II